# UNITED STATES DISTRICT COURT

__MIDDLE__   DISTRICT   __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

**NICOLAI VARGA**

NOTICE

CASE NUMBER: **3:15-CR-189-05**

TYPE OF CASE:
☐ CIVIL     X CRIMINAL

x **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| William. J. Nealon Courthouse & Federal Building<br>235 North Washington Avenue<br>Scranton, PA 18501 | to be determined |
| | DATE AND TIME<br>**FRIDAY, JUNE 29, 2018 at 11:00** |

TYPE OF PROCEEDING

**SENTENCING**

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JAMES M. MUNLEY
U.S. DISTRICT JUDGE

5/11/18
DATE

(BY) DEPUTY CLERK

TO: **Judge James M. Munley**
**James A. Swetz, Esq.**
**US Marshal**
**US Probation**

**Court Reporter**
**AUSA Fran Sempa**